B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Anthony T Aurrichio Jr | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Vitta A Aurrichio |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Tony Aurrichio, Anthony Aurrichio | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>5096 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>7187 |
| Street Address of Debtor (No. and Street, City, and State):<br>2509 Wood St<br>River Grove, IL.<br>ZIP CODE 60171 | Street Address of Joint Debtor (No. and Street, City, and State):<br>2509 Wood St<br>River Grove, IL<br>ZIP CODE 60171 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [ ] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [x] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets
| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Anthony Aurrichio Jr and Vitta Aurrichio |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: NORTHERN District of Illinois | Case Number: Chap 13 | Date Filed: 2004 |
|---|---|---|
| Location Where Filed: NORTHERN District of Illinois | Case Number: chap 13 | Date Filed: 2005 |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: Northern District of Illinois | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Anthony Aurrichio Jr and Vitta Aurrichio |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _[signed]_ Signature of Debtor X _Vitta A. Aurrichio_ Signature of Joint Debtor (331) 645-9071 Telephone Number (if not represented by attorney) 8-27-09 Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____ Signature of Attorney for Debtor(s) _____ Printed Name of Attorney for Debtor(s) _____ Firm Name _____ Address _____ Telephone Number _____ Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Authorized Individual _____ Printed Name of Authorized Individual _____ Title of Authorized Individual _____ Date | |

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

Norther District of Illinois

In re  Anthony and Vitta Aurrichio         Case No._____
            Debtor                                                                    *(if known)*

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/08) – Cont.                                                                    Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: X _____

Date: 8-27-09

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _VITTA A. AURRICHIO_
_ANTHONY T AURRICHIO JR_
      Debtor

Case No._____
*(if known)*

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/08) – Cont.                                                    Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _Vetta Q. Runnels_

Date: _8-27-09_

Debtor(s): Anthony T Aurrichio  
Vitta A Aurrichio

**CREDITORS LIST**

Case #

| CREDITORS NAME | ACCT # | | CREDITORS ADDRESS |
|---|---|---|---|
| DRIVE FINANCIAL SERVICES | 60825561000 | | DRIVE FINANCIAL<br>PO BOX 660633<br>DALLAS, TX 75266-0633 |
| WALTHER LUTHERAN HIGH SCHOOL | ATTN: CEO / ONLY<br>CONFIDENTIAL | | 900 W CHICAGO AVE<br>MELROSE PARK, IL. 60160 |
| PREMIER BANK CARD | 5178007395311202<br>5433628842945085<br>5178007151083730 | 5178007652509019 | PO BOX 5519<br>SIOUX FALLS, SD 57117-5519 |
| NATIONAL CITY BANK | 123948213<br>123947480 | | PO BOX 3038<br>KALAMAZOO, MI. 49003 |
| CREDIT ONE BANK | 4447961127862395 | | PO BOX 98873<br>LAS VEGAS, NV 89193 |
| ORCHARD BANK<br>HSBC CARD SERVICES | 5120255005204486<br>33127049-65 | | HSBC CARD SERVICES<br>BOX 17051<br>BALTIMORE, MD 21297 |
| THE HOME DEPOT - CITIBANK | 6035320077227427 | | ASSET ACCEPTANCE<br>PO BOX 2036<br>WARREN, MI. 48090 |
| TRANSWORLD SYSTEM<br>VILLAGE OF RIVER GROVE | 8334K-0001232020<br>4075521 | | 25 NORTHWEAT POINT BLVD<br>ELK GROVE VILLAGE, IL 60007 |
| CHASE BANK | 111000000735420838<br>4183513 | | LEADING EDGE RECOVERY SOLUTIONS<br>5440 N CUMBERLAND STE300<br>CHICAGO, IL. 60656 |
| NICOR GAS<br>CBCS | 03-47310466 (CBCS CLIENT #)<br>NICOR # 85-44-68-5797 2<br>#07-34-32-8969-5 | | PO BOX 310<br>AURORA, IL. 60507 |
| CAPITOL ONE BANK | 9784828 RAB#<br>9562671 | | RAB INC<br>PO BOX 1022<br>WIXOM, MI 48393 |
| NATIONAL CITY BANK<br>ALLIED INTERSTATE | P35991402 | | ALLIED INTERSTATE<br>3000 CORPORATE EXCHANGE<br>COLUMBUS, OH 43231 |

-1- SHEETS ADDED 2                                    CONTINUED

Debtor(s): Anthony T Aurrichio
Vitta A Aurrichio

**CREDITORS LIST**

Case # :

| CREDITORS NAME | ACCT# | CREDITORS ADDRESS |
|---|---|---|
| NCO FINANCIAL SYSTEMS | 5407912057661393<br>ECAST SETTLEMENT CORP | 507 PRUDENTIAL RD<br>HORSHAM, PA 19044 |
| FIRST REVENUE ASSURANCE | 7227017 CINGULAR WIRELESS<br>ACCT # 7227017 | PO BOX 5818<br>DENVER, CO 80217 |
| CAPITOL ONE<br>CAPITAL MANAGEMENT SERV | 4388642055373925 | 726 EXCHANGE ST STE 700<br>BUFFALO, NY 14210 |
| HSLM LLC | 1718037<br>MIDLAND FUNDING | 125 S WACKER STE 400<br>CHICAGO, IL 60606 |
| NELSON, WATSON & ASSOC | 5407912054899301<br>TRIUMPH / HSBC CARD SERV | 80 MERRIMACK ST<br>HAVERHILL, MA 01830 |
| NATIONWIDE CREDIT | FIFTH THIRD BANK<br>7232255732 | 4700 VESTAL PARKWAY E<br>VESTAL, NY 13850-3770 |
| ROSS GELFAND LLC | CAPITOL ONE 06053317 | 1265 MINHINETTE DR<br>ROSWELL, GA 30075 |
| COLLECTION BUREAU OF AMERICA | AT&T WIRELESS<br>3508086397501 | 25954 EDEN LANDING RD 1ST FL<br>HAYWARD, CA 94540 |
| COM-ED | 5810574018 | ComEd<br>BILL PAYMENT SERVICES<br>CHICAGO, IL 60668 |
| TARGET | * 9-271-310-294<br>* 17263391 | 3901 W 53RD ST<br>SIOUX FALLS, SD 57106 |
| DISCOVER FINANCIAL | 6011298842624441 | PO BOX 3008<br>NEW ALBANY, OH 43054-3008 |
| BOUDREAU & ASSOC | CITGO-501225734 | 5 INDUSTRIAL WAY<br>SALEM, NEW HAMPSHIRE 03079 |
| GOTTLIEB MEMORIAL HOSPITAL | G29654464 | 701 W NORTH AVE<br>MELROSE PARK, IL 60171 |
| ALLIANCE ONE | CAPITOL ONE / CZD657<br>5178052144583503<br>5291151672919782 | 1160 CENTER POINT DR STE1<br>MENDOTA HEIGHTS, MN 55120 |

PAGE 2

Debtor(s): Anthony T Aurrichio Jr
Vitta A Aurrichio

**CREDITORS LIST**
- Continuation Sheet -

Case#:

| Creditor | Account | Address |
|---|---|---|
| CAPITOL MANAGEMENT SERVICES | PROVIDIAN<br>CAVALRY / 02199760 | 726 EXCHANGE<br>BUFFALO, NY 14210 |
| NATIONAL LOAN RECOVERY | CHASE- E1803188<br>NLR, LLC ASIGNEE | 2777 SUMMER ST<br>STAMFORD, CT 06905 |
| SALUTE CREDIT CARD | 4146830002040738 | PROCESSING<br>PO BOX 11802<br>NEWARK, NJ 07101 |
| IMAGINE CREDIT CARD | 5182840100700127 | PROCESSING<br>PO BOX 11804<br>NEWARK, NJ 07101 |
| JEFFERSON CAPITOL SYSTEMS | JCS 30246730783<br>ASPEN-5181870001574041 | 16 MCLELAND RD<br>ST CLOUD, MN 56303 |
| HARRIS BANK | 5230011019165396 | CARD MEMBER SERV<br>PO BOX 15153<br>WILMINGTON, DE 19886 |
| CORTRUST BANK | 5436681008743858 | PO BOX 2060<br>OMAHA, NE 68103 |
| AOL | 0673770658 | PO BOX 60018<br>TAMPA, FL 33660 |
| NATIONAL CITY | PA41943754<br>PA41943829<br>PA43106660 | 400 W FOURTH ST<br>ROYAL OAKS, MI 48067<br>ATTN: LOSS PREVENTION |
| THE CHET KAPLAN BAIM FIRM | 07-798<br>CTSL | 30 N. LASALLE ST<br>CHICAGO, IL 60602 |
| WELTMAN, WEINBERG, & REISS CO | LVNV FUNDING<br>106072542 | 323 W LAKESIDE AVE<br>CLEVELAND, OH 44113 |